In the United States District Court
Southern District of Iowa

RECEIVED
NOV 19 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Roscoe Chambers     Case # 3:12-CR-00071-SMR
  Petitioner,

  V                 Motion to reconsider

United States of America   Judgment of Committment
  Respondant,

Now Comes the Petitioner Roscoe Chambers ask this honorable court to grant this motion In the lite of Justice and the fifth Amendment,

1) The Plaintiff request the honorable court to order the Federal Bureau of Prison to transfer the Plaintiff Roscoe Chambers to a medical hospital or Poison treatment center,

2) The Petitioner's life is in immedrate danger, the F,B,O,P staff Here at USP Lewisburg has been Poisoning Chambers food, Its difficult to breathe right now

3) On October 28, 2018 the Petitioner received a food tray from C/o J Gnervisky that had rat poison in it! Chambers gave the poison to Assistant Warde Dr. Colbert to give to S,I,A officer fosnut on 10-30-18

page 1 of 2

4) The warden, S.I.A officer, and both Assistant wardens are aware of the situation, and they refuse to speak to Chambers about the incident, because they are involved,

5) Chambers Request that this honorable court contact the nearest poison control center and have them check Chambers Blood and give him some medical treatment to remove the poison from the Petitioner,

Conclusion: the court should consider the seriously nature of Chambers allegation, and contact the nearest poison control center and F.B.I office, the Court at least can consider that Chambers Represented her self at trial and is not crazy!! In reference to the allegations, the Court did not sentence Chambers to the death penalty all I did was file a few civil complaints I don't deserve to die the court took a oath to protect the US Constitution the fifth Amendment requires the Government to proceed according to written constitution and statutory provisions before depriving someone of life

Date 11-13-18

Roscoe Chambers 13495-030
USP Lewisburg
P.O. Box 1000
Lewisburg PA 17837

Page 2 of

## Certificate of Service

I Roscoe Chambers Hereby certify under Penalty of perjury to title 28 U.S.C. §1746 the contents are true and correct, a complete copy of the following Motion was sent to the Court,

Motion to reconsider Judgment of committment,

Which is deemed filed on the date it is presented to prison officials for forwarding to the United States Postal Service, see Houston v. Lack 101 L.ed 2d 245 (1988) upon the court, and served parties to the litigation and/or his/her attorneys of record, by placing the same in a sealed postage prepaid envelope addressed to ; Clerk of Court U.S District Court, US Court house P.O. Box 9344 Des Moines IA- 50306-9344

And deposited same in the legal Mail Depository for the United States, Post office, at the USP Lewisburg, signed this 13th day of november 2018

Dated 11-13-18

Roscoe Chambers 13495-030
Roscoe Chambers
USP Lewisburg
Special Management Unit
P.O. Box 1000
Lewisburg PA 17837

Inmate Name: Roscoe Chambers
Register Number: 13495-030
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

HARRISBURG PA 171
14 NOV 2018 PM 3 L

Office of the Clerk
United States District Court
United States Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344