IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCOE CHAMBERS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant ) | Case No. 3:18-cv-2300 |

ORDER

AND NOW, this 2nd day of July, 2019, upon consideration of Plaintiff Roscoe Chambers' Motion to Voluntarily Dismiss Civil Complaint Pursuant to Federal Rule of Civil Procedure 41 (Doc. No. 12), filed in the above captioned matter on June 12, 2019,

IT IS HEREBY ORDERED that said motion is GRANTED. This matter is dismissed voluntarily pursuant to Federal Rule of Civil Procedure 41(a) without prejudice. The Clerk shall mark the case CLOSED.

Alan N. Bloch
United States District Judge

ecf: Counsel of record

cc: Roscoe Chambers, Reg. No. 13495-030
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837